IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KEYNON JOHNSON and**                                                                                  **PLAINTIFFS**
**DANARIO SLACK**

**V.**                                                             **NO. 4:24-CV-31-DMB-RP**

**MARTIN O'MALLEY, Commissioner**
**of the Social Security Administration**                                            **DEFENDANT**

**ORDER**

On April 11, 2024, United States Magistrate Judge Roy Percy issued a "Report and Recommendation" ("R&R") recommending that this case be dismissed without prejudice for lack of subject matter jurisdiction. Doc. #6 at PageID 18. The R&R warned that any objections must be filed within fourteen days and that the "failure to file written objections to the proposed findings, conclusions and recommendation … shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court." *Id*. at PageID 18–19. No objection to the R&R was filed.

Under 28 U.S.C. § 636(b)(1)(C), "[a] judge of the court shall make a de novo determination of those portions of the report … to which objection is made." "[P]lain error review applies where a party did not object to a magistrate judge's findings of fact, conclusions of law, or recommendation to the district court despite being served with notice of the consequences of failing to object." *Quintero v. State of Tex. – Health and Hum. Servs. Comm'n*, No. 22-50916, 2023 WL 5236785, at *1 (5th Cir. Aug. 15, 2023) (cleaned up). "[W]here there is no objection, the Court need only determine whether the report and recommendation is clearly erroneous or contrary to law." *United States v. Alaniz*, 278 F. Supp. 3d 944, 948 (S.D. Tex. 2017).

The Court reviewed the R&R for plain error and concludes that the R&R is neither clearly

erroneous nor contrary to law.  So the R&R [6] is **ADOPTED** as the order of the Court and this case is **DISMISSED without prejudice**.  A final judgment will be issued separately.

    **SO ORDERED**, this 29th day of April, 2024.

                                                            **/s/Debra M. Brown**
                                                            **UNITED STATES DISTRICT JUDGE**